**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**"IN ADMIRALTY"**

**Case No. 1:24-cv-00152-WES-LDA**

GOOD MARINER, LLC.,

      Plaintiff,

v.

ACCELERANT SPECIALTY INSURANCE
COMPANY, SEDGWICK CLAIMS
MANAGEMENT SERVICES, INC.,
and CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON SUBSCRIBING
TO COVER NOTE NO. B0507RN2300289,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties—Plaintiff, GOOD MARINER, LLC, and Defendants, ACCELEARANT SPECIALTY INSURANCE COMPANY, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and CERTAIN UNDERWRITERS AT LLOYD'S OF LONDIN SUBSCRIBING TO COVER NOTE NO. B0507RN2300289—have reached a confidential settlement agreement and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), hereby jointly stipulate to the dismissal of this action (both the Complaint and Counterclaim) with prejudice, with each party to bear its own fees and costs.

Dated: March 3, 2025                         Respectfully submitted,

/s/ Gabriel A. Pla
Gabriel A. Pla, Esq.
Florida Bar No.: 1027804
gpla@moore-and-co.com

**MOORE & COMPANY, P.A.**
*Pro Hac Vice Counsel for Plaintiff*
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Tel. (786) 221-0600
Fax (786) 221-0601
*Attorneys for Plaintiff*

Peter Brent Regan, Esq. (#3421)
Michael E. Monti, Esq. (#10085)
*Local Counsel for Plaintiff*
Sayer Regan & Thayer, LLC
130 Bellevue Avenue
Newport, RI 02840
Telephone (401) 849-3040
pregan@srt-law.com
mmonti@srt-law.com

/s/ Cale P. Keable
Cale P. Keable, Esq.
Rhode Island Bar No. 6982
cale.keable@gmail.com

**KEABLE LAW, P.C.**
Cale P. Keable, Esq.
515 Camp Dixie Road
Pascoag, Rhode Island 02859
Tel. (401) 710-1239
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3rd day of March 2025, a true and correct copy of the foregoing was filed with this Court's electronic filing system, CM/ECF, which will send a notice of electronic filing to all counsels or parties of record.

/s/ Gabriel A. Pla
Gabriel A. Pla, Esq.
Pro Hac Vice Counsel

## SERVICE LIST

**Keable Law, P.C.**
Cale P. Keable, Esq.
515 Camp Dixie Road
Pascoag, Rhode Island 02859
cale.keable@gmail.com